## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

**BRIANNA HENDERSON,**
Plaintiff,

v.

**EXPERIAN INFORMATION
SOLUTIONS, INC.;
EQUIFAX INFORMATION SERVICES,
LLC;
TRANSUNION LLC,**
Defendants.

Case No. ___26 - 892___

**COMPLAINT**
*(Jury Trial Demanded)*

### I. INTRODUCTION

1. Plaintiff Brianna Henderson ("Plaintiff") brings this action under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 et seq., against Experian Information Solutions, Inc. ("Experian"), Equifax Information Services, LLC ("Equifax"), and TransUnion LLC ("TransUnion") for failing to conduct lawful reinvestigations of disputed credit information after receiving Plaintiff's written disputes.

### II. JURISDICTION AND VENUE

2. This Court has subject-matter jurisdiction pursuant to 15 U.S.C. § 1681p and 28 U.S.C. §§ 1331 and 1337 because this action arises under the Fair Credit Reporting Act.

3. Venue is proper in the United States District Court for the District of Delaware pursuant to 28 U.S.C. § 1391(b) because Defendants transact business within this District and are subject to personal jurisdiction herein.

### III. PARTIES

4. Plaintiff Brianna Henderson is a natural person and a "consumer" as defined by 15 U.S.C. § 1681a.

5. Defendant Experian Information Solutions, Inc. is a "consumer reporting agency" as defined by 15 U.S.C. § 1681a, with principal place of business at 475 Anton Blvd., Costa Mesa, CA 92626. Upon information and belief, its registered agent for service of process in Delaware is The Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19801.

6. Defendant Equifax Information Services, LLC is a "consumer reporting agency" as defined by 15 U.S.C. § 1681a, with principal place of business at 1550 Peachtree Street NE, Atlanta, GA 30309. Upon information and belief, its registered agent for service of process in Delaware is Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808.

7. Defendant TransUnion LLC is a "consumer reporting agency" as defined by 15 U.S.C. § 1681a, with principal place of business at 555 West Adams Street, Chicago, IL 60661. Upon information and belief, its registered agent for service of process in Delaware is Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808.

## IV. FACTUAL ALLEGATIONS

8. On or around dates relevant to this action, Plaintiff mailed written dispute letters to Experian, Equifax, and TransUnion via certified mail with tracking numbers 9207190142980474277955, 9207190142980474277917, and 9207190142980474278013.

9. Plaintiff disputed inaccurate and incomplete information appearing on her consumer reports and requested that Defendants conduct reasonable reinvestigations pursuant to 15 U.S.C. § 1681i.

10. TransUnion falsely claimed that Plaintiff's disputes were unauthorized and refused to conduct a reinvestigation.

11. Experian and Equifax failed to respond to Plaintiff's disputes and failed to provide the results of any reinvestigation within the statutory period required under the FCRA.

12. Defendants failed to conduct lawful and reasonable reinvestigations of the disputed information after receiving Plaintiff's written disputes.

13. As a direct result of Defendants' conduct, inaccurate and derogatory information remained on Plaintiff's consumer reports.

14. Plaintiff suffered actual damages including emotional distress, loss of credit opportunities, denial or delay of credit, and higher interest rates.

## V. CAUSES OF ACTION

### COUNT I – FAILURE TO REINVESTIGATE (15 U.S.C. § 1681i)

15. Plaintiff realleges and incorporates by reference all preceding paragraphs as though fully set forth herein.

16. Defendants received Plaintiff's written disputes and failed to conduct reasonable reinvestigations to determine whether the disputed information was inaccurate, in violation of 15 U.S.C. § 1681i.

17. As a direct and proximate result of Defendants' conduct, Plaintiff suffered actual damages including emotional distress, loss of credit opportunities, and financial harm.

### COUNT II – WILLFUL VIOLATION (15 U.S.C. § 1681n) – TRANSUNION

18. Plaintiff realleges and incorporates by reference all preceding paragraphs as though fully set forth herein.

19. TransUnion willfully failed to comply with the FCRA by falsely asserting that Plaintiff's disputes were unauthorized and by refusing to conduct a reinvestigation as required by 15 U.S.C. § 1681i.

20. TransUnion's willful noncompliance entitles Plaintiff to statutory damages, punitive damages, and such additional relief as permitted under 15 U.S.C. § 1681n.

### COUNT III – NEGLIGENT VIOLATION (15 U.S.C. § 1681o) – EXPERIAN & EQUIFAX

21. Plaintiff realleges and incorporates by reference all preceding paragraphs as though fully set forth herein.

22. Experian and Equifax negligently failed to comply with the reinvestigation requirements of 15 U.S.C. § 1681i(a).

23. As a direct and proximate result of their negligent conduct, Plaintiff suffered actual damages including emotional distress, denial or delay of credit opportunities, and higher interest rates.

## VI. PRAYER FOR RELIEF

24. WHEREFORE, Plaintiff respectfully requests that the Court enter judgment in her favor and against Defendants as follows:

a. Award actual damages sustained as a result of Defendants' violations;

b. Award statutory damages of $1,000 per statutory violation as provided under the FCRA;

c. Award punitive damages for willful violations;

d. Award costs of this action and such additional relief as the Court deems just and proper.

## VII. JURY DEMAND

25. Plaintiff demands trial by jury on all issues so triable.

**Respectfully submitted,**

BRIANNA HENDERSON
Plaintiff, Pro Se
Email: Briannah514@gmail.com
Phone: 2674621199
Address: 200 N. GRAY AVE, WILMINGTON, DE 19805
Date: 7/21/2026